UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

HANS CHRISTIAN ANDERSEN,

    Plaintiff,

v.                                        Case No. 8:10-cv-2245-23EAJ

FNU JONES,

    Defendant.
_____/

## O R D E R

Andersen moves for leave to proceed in forma pauperis in this civil rights case, in which Anderson alleges that defendant Jones harasses him by failing to provide or accept grievances. The Prison Litigation Reform Act ("PLRA") amended 28 U.S.C. § 1915 by adding the following subsection:

> (g) In no event shall a prisoner bring a civil action or appeal a judgment in a civil action or proceeding under this section if the prisoner has, on 3 or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury.

Section 1915(g) requires the consideration of prisoner cases dismissed before, as well as after, the enactment of the PLRA. Rivera v. Allin, 144 F.3d 719, 730 (11th Cir.), cert. dismissed, 524 U.S. 978 (1998). Andersen's prior cases dismissed as either frivolous, malicious, or for the failure to state a claim upon which relief may be granted include 8:10-cv-1290-T-23EAJ, 8:10-cv-1467-T-17EAJ, 8:10-cv-1513-T-26EAJ, and

8:10-cv-1691-26AEP.  Additionally,  8:10-cv-1512-T-23AEP, 8:10-cv-1593-27MAP, 8:10-cv-1651-27AEP, 8:10-cv-1692-33EAJ, 8:10-cv-1723-23TGW, 8:10-cv-1724-30TBM, and 8:10-cv-2054-T-23TGW were dismissed based on the "three strikes" provision in Section 1915(g).

Because he has had three or more prior dismissals and is not under imminent danger of serious physical injury, Andersen is not entitled to proceed in forma pauperis. Andersen may initiate a new civil rights case by filing a civil rights complaint and paying the $350.00 filing fee.

Accordingly, the complaint (Doc. 1) is **DISMISSED** without prejudice to the filing of a new complaint, in a new case, with a new case number, upon the payment of the $350.00 filing fee.  The clerk shall close this case.

ORDERED in Tampa, Florida, on October 8, 2010.

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE